LEONARD DAY, Appellant, v. SARAH L. DAY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TULIGLOWICZ and JOSEPH A. HAMMER, Appellants.— Appeal dismissed. An intermediate order in a criminal case is not appealable except on appeal from a judgment of conviction. (Code Crim. Proc. § 517.) Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of HERBERT CONDON and Others for an Order under Article 78 of the Civil Practice Act against JOHN E. CONNELLY and Others, Individually and as Commissioners of the New York State Insurance Fund and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE 35TH BRANCH OF THE VERHOVAY AID ASSOCIATION, a Domestic Corporation, v. JULIUS FEKETE, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HARRY FLISS, as President of Local 95 Individual Window Cleaners Union of The Building Service Employees International Union of The American Federation of Labor, an Unincorporated Association Consisting of Over Seven Members, v. JAKE WALLACH, Also Known as JACK WALLACH.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LENORA KELLY JONES v. MILNAG LEASING CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of KNICKERBOCKER VILLAGE, INC., against WILLIAM REID, as City Collector of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSE DORF and ADOLF DORF v. ELIZABETH M. KASTENBERG and IRVING J. KASTENBERG.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of MARIE STUTZIN, Executrix, etc., of ROSE W. ENGLANDER, Also Known as ROSE WITTEN, Deceased. JACOB ENGLANDER; MARIE STUTZIN; ANNA WEINSTEIN.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See ante, p. 854.] Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.